# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE BARRIENTOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,[1]<br><br>　　　　　Defendant. | Case No. 2:18-cv-04145-PA-MAA<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Joint Stipulation, and all other records on file, as well as the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the United States Magistrate Judge.

///
///
///

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Commissioner of Social Security Andrew M. Saul is substituted as Defendant.

IT IS THEREFORE ORDERED that Judgment be entered reversing the final decision of the Commissioner and remanding this matter for further administrative proceedings.

DATED: June 28, 2019

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE