JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE BARRIENTOS,<br><br>        Plaintiff,<br><br>  v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:18-cv-04145-PA-MAA<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: June 28, 2019

                                              _____
                                              PERCY ANDERSON
                                              UNITED STATES DISTRICT JUDGE